Bernard J. DiMuro (VSB No. 18784)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Telephone: (703) 684-4333
Email: bdimuro@dimuro.com

*Attorney for Hassan M. Ahmad*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| In re: Hassan M. Ahmad,<br><br>Debtor. | Chapter 13<br><br>Case No. 14-14380-RGM<br><br>Judge Robert G. Mayer |
| Shamsiya Shervani,<br><br>Plaintiff,<br><br>v.<br><br>Hassan M. Ahmad, et al.,<br><br>Defendants. | Adversary Proceeding No. 15-01001 |

## **AMENDED NOTICE OF HEARING**

PLEASE TAKE NOTICE that on **March 3, 2015, at 9:30 a.m.,** or as soon thereafter as the parties may be heard, at the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, Defendant Hassan M. Ahmad, by and through counsel, will present for argument his Amended Motion to Dismiss Adversary Proceeding, Or in the Alternative, Motion to Provide a More Definite Statement filed on February 4, 2015.

February 4, 2015                                    Respectfully submitted,

 /s/ Bernard DiMuro
Bernard J. DiMuro (VSB No. 18784)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Telephone: (703) 684-4333
Email: bdimuro@dimuro.com

*Attorneys for Hassan M. Ahmad*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 4th day of February, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system, which will send notification of such filing (NEF) to all counsel of record. In addition, paper copies were served via first class mail on the persons or entities identified below:

Robert L. Vaughn, Jr., Esq.
VSB No. 20633
*Counsel for Plaintiff*
O'Conner & Vaughn, LLC
11490 Commerce Park Drive, Suite 510
Reston, VA 20191
Telephone: 703-689-2100
Facsimile: 703-471-6496

        /s/  Bernard DiMuro
Bernard J. DiMuro, Esq.
VSB No. 18784
*Attorney for Hassan M. Ahmad*
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Telephone: 703-684-4333
Facsimile: 703-548-3181
Email: bdimuro@dimuro.com

2