1UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HASSAN M. AHMAD | ) | Case No. 14-14380-RGM |
| | ) | Chapter 13 |
| | ) | |
| SHAMSIYA SHERVANI | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Adversary Proceeding No. 15-01001 |
| | ) | |
| HASSAN M. AHMAD, *et al.* | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

### NOTICE OF MOTION TO STRIKE  DEFENDANT'S  MOTION TO DISMISS OR FOR A MORE DEFINITIVE STATEMENT AND HEARING ON MARCH 3, 2015 AT 9:30 A.M.

Shamsiya Shervani, a creditor of the Debtor herein, has filed her Motion to Strike Defendant's Motion to Dismiss or For a More Definitive Statement.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then five (5) business days prior to the hearing, you or your attorney must:

    X    File a written response with the Bankruptcy Court. Unless a written response is filed and served prior to the hearing, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the

*Robert L. Vaughn, Jr., VSB 20633*
*O'Connor & Vaughn LLC*
*11490 Commerce Park Dr., #510*
*Reston, VA 20191*
*T - 703-689-2100*
*F - 703-471-6496*

      requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it within the five (5) day deadline stated above. You must also mail a copy to the persons listed below.

X      Attend the hearing scheduled for **March 3, 2015 at 9:30 a.m.**, United States Bankruptcy Court, 200 S. Washington Street, Alexandria, Virginia. If no timely response has been filed opposing the relief requested, the Court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

    Robert L. Vaughn, Jr., Esq.
    O'Connor & Vaughn LLC
    11490 Commerce Park Drive, Suite 510
    Reston, Virginia 20191

    Robert R. Weed, Esq.
    45575 Shepard Drive, #201
    Sterling, VA 20164

    Thomas P. Gorman, Trustee
    300 North Washington Street
    Alexandria, VA 22314

    Clerk of the Court
    United States Bankruptcy Court
    200 South Washington Street
    Alexandria, VA 22314

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without holding a hearing.

Date: February 20, 2015.                O'Connor & Vaughn LLC
                                          11490 Commerce Park Drive, #510
                                          Reston, Virginia 20191
                                          703-689-2100

                                          By   /s/ Robert L. Vaughn, Jr.
                                               Robert L. Vaughn, Jr., VSB 20633

Certificate of Service

    I hereby certify that on February 20, 2015, I caused a true copy of this Notice to be served on all parties of record via the Court's ECF filing system and have mailed copies to:

| | |
|---|---|
| Hassan M. Ahmad | Thomas P. Gorman, Trustee |
| 20620 Sutherlin Place | 300 North Washington Street |
| Sterling, VA 20165 | Alexandria, VA 22314 |

    Robert R. Weed, Esq.
    45575 Shepard Drive, #201
    Sterling, VA 20164

          /s/ Robert L. Vaughn, Jr.
        Robert L. Vaughn, Jr.