UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| HASSAN M. AHMAD ) | Case No. 14-14380-RGM |
| ) | Chapter 13 |
| _____ ) | |
| ) | |
| SHAMSIYA SHERVANI ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Adversary Proceeding No. 15-01001 |
| ) | |
| HASSAN M. AHMAD, *et al.* ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

## PLAINTIFF'S INITIAL DISCLOSURES

COMES NOW the Plaintiff, Shamsiya Shervani, by counsel, and pursuant to F.R.Civ.P. 26(a)(1) and 26(a)(2), and this Court's Initial Scheduling Order, submits the following initial disclosures:

Plaintiff incorporates, in its entirety, the discovery from the Fairfax Circuit Court proceedings, inclusive of all interrogatories, requests for production of documents, subpoenas *duces tecum* responses, and expert designations. All such discovery is in the possession of the Defendant and/or his counsel.

**Shamsiya F. Shervani, Plaintiff**
*By Counsel*

*Robert L. Vaughn, Jr., VSB 20633*
*O'Connor & Vaughn LLC*
*11490 Commerce Park Drive, Suite 510*
*Reston, VA 20191*
*T – 703-689-2100*
*F – 703-471-6496*

1

**O'CONNOR & VAUGHN, LLC**
11490 Commerce Park Drive, Suite 510
Reston, Virginia  20191
(703) 689-2100 Telephone
(703) 471-6496 Facsimile

By:__/s/ Robert L. Vaughn, Jr.
     Robert L. Vaughn, Jr., VSB 20633
     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on February 27, 2015, I caused a true copy of this Initial Disclosure to be served on all parties of record via the Court's ECF filing system

                                         /s/ Robert L. Vaughn, Jr.
                                        Robert L. Vaughn, Jr.

2