1UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HASSAN M. AHMAD | ) | Case No. 14-14380-RGM |
| | ) | Chapter 13 |
| _____ | ) | |
| | ) | |
| SHAMSIYA SHERVANI | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **Adversary Proceeding No. 15-01001** |
| | ) | |
| HASSAN M. AHMAD, *et al.* | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

### WITHDRAWAL OF MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS OR FOR A MORE DEFINITIVE STATEMENT

Shamsiya Shervani, a creditor of the Debtor herein, hereby withdraws her previously filed Motion to Strike Defendant's Motion to Dismiss or For a More Definitive Statement.

Date: March 11, 2015.                              **Shamsiya F. Shervani, Plaintiff**
                                                                *By Counsel*

**O'CONNOR & VAUGHN, LLC**
11490 Commerce Park Drive, Suite 510
Reston, Virginia  20191
(703) 689-2100 Telephone
(703) 471-6496 Facsimile

By*:   /s/ Robert L. Vaughn, Jr.*
  Robert L. Vaughn, Jr., VSB 20633
  *Counsel for Plaintiff*

*Robert L. Vaughn, Jr., VSB 20633*
*O'Connor & Vaughn LLC*
*11490 Commerce Park Drive, Suite 510*
*Reston, VA 20191*
*T – 703-689-2100*
*F – 703-471-6496*

-2-

<u>Certificate of Service</u>

    I hereby certify that on March 11, 2015, I caused a true copy of this Withdrawal to be served on all parties of record via the Court's ECF filing system.

          /s/ Robert L. Vaughn, Jr.
    Robert L. Vaughn, Jr.