# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   14–14380–RGM
**Chapter**   13
**Adversary Proceeding Number**   15–01001–RGM
**In re:**  Hassan M. Ahmad                                **Judge**   Robert G. Mayer

Shamsiya Shervani

                           Plaintiff(s)

V.

Hassan M. Ahmad et al.

                           Defendant(s)

## NOTICE OF FAILURE TO PROSECUTE

To:  Moving or Prevailing Party

     Upon a review of the above referenced case, or adversary proceeding, it appears that the parties may not be diligently prosecuting the following matter:

*11* – Amended Motion to Dismiss Adversary Proceeding , or in the alternative Motion for More Definite Statement to include signature filed by Bernard Joseph DiMuro of DiMuro, Ginsberg & Mook, P.C. on behalf of Hassan M. Ahmad, Hassan M. Ahmad, The Hassan M. Ahmad Law Firm, PLLC. (Attachments: # 1 Proposed Order Amended to include signature # 2 Amended Memorandum of Points and Authorities to include signature) (DiMuro, Bernard)

     NOTICE IS HEREBY GIVEN that unless there is some disposition made of this matter within fourteen (14) days from the date of this notice, or unless cause is shown, in writing, why no action has been taken, an order will be entered dismissing this matter for failure to prosecute to a conclusion.

Date:  March 18, 2015                                William C. Redden , Clerk
                                                      United States Bankruptcy Court

[ntcfailprosvJuly2013.jsp]                           By /s/ Denise S. Williams
                                                      Deputy Clerk