UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| **Hassan M. Ahmad,** | ) Bankr. Case No. 14-14380-RGM |
| | )     Chapter 13 |
| **Debtor** | ) |
| | ) |
| **SHAMSIYA SHERVANI,** | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Adversary Proceeding |
| | )     No. 15-01001 |
| **HASSAN M. AHMAD,** *et al* | ) |
| **Defendants** | ) |
| | ) |

## ORDER GRANTING MOTION TO DISMISS

This matter was heard the 3rd day of March, 2015 upon Defendants' Motion to Dismiss the complaint in the Adversary Proceeding or for a More Definite Statement (Dkt #9) ("Motion to Dismiss"); and

Preliminarily, counsel for the Plaintiff stated his objection to the Motion to Dismiss being considered on the grounds that counsel for the Defendants had not been appointed by the Court to represent the Defendants; and

Upon consideration of the pleadings filed herein and the argument of counsel; it is hereby

ORDERED that the objection to Defendants' counsel being permitted to file pleadings or to argue on behalf of the Defendants is Overruled which ruling renders moot the Motion to Strike Defendants' Motion to Dismiss Adversary Proceeding (Dkt # 13) filed by Plaintiff and which is set for hearing on March 17, 2015 (Dkt # 16); and it is further,

ORDERED that the Motion to Dismiss is GRANTED as to Counts II and III without leave to amend for the reasons stated by the Court; and

ORDERED that the Motion to Dismiss is GRANTED as to Count I with leave to file an amended complaint within 14 days of March 3, 2015.

ENTERED on this _____ day of _____, 2015.

Dated: Mar 19 2015

/s/ Robert G. Mayer
_____
**Honorable Robert G. Mayer**
**United States Bankruptcy Judge**

Entered on Docket: March 19, 2015

**I ASK FOR THIS:**

/s/ Bernard J. DiMuro
Bernard J. DiMuro, Esq.
VSB Bar No. 18784
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, Virginia 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
bdimuro@dimuro.com
*Counsel for Defendant*


**SEEN AND OBJECTED TO FOR**
 **REASONS STATED IN COURT:**

/s/ Robert L. Vaughn, Jr.
Robert L. Vaughn, Jr., Esq.
VSB No. 20633
O'Conner & Vaughn, LLC
11490 Commerce Park Drive, Suite 510
Reston, VA 20191
Telephone: 703-689-2100
Facsimile: 703-471-6496
*Counsel for Plaintiff*