UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HASSAN M. AHMAD | ) | Case No. 14-14380-RGM |
| | ) | Chapter 13 |
| _____ | ) | |
| | ) | |
| SHAMSIYA SHERVANI | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Adversary Proceeding No. 15-01001 |
| | ) | |
| HASSAN M. AHMAD, *et al.* | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

**MOTION FOR DEFAULT JUDGMENT AS TO THE
HASAN M. AHMAD LAW FIRM, PLLC
d/b/a THE HMA LAW FIRM**

COMES NOW the Plaintiff, Shamsiya Shervani, by counsel, and moves this Court for judgment by default as to The Hassan M. Ahmad Law Firm, PLLC d/b/a The HMA Law Firm, and as grounds therefore, states as follows:

1. This adversary proceeding was commenced by the Plaintiff's filing of a Complaint Objecting to Discharge ("Complaint") against three Defendants, Hassan M. Ahmad, individually ("Ahmad"); Hasan M. Ahmad d/b/a Nubani & Hassan ("Nubani & Hassan"); and The Hassan M. Ahmad Law Firm, PLLC d/b/a The HMA Law Firm (the "HMA Law Firm").

2. Ahmad is a member of the HMA Law Firm and is the sole owner and managing member thereof.

3. Defendants were served with the Complaint in accordance with Bankruptcy Rule 7004(b) on January 10, 2015. Their responses thereto were due on or before February 5, 2015.

1

4. Ahmad, though counsel, filed a Motion to Dismiss the Complaint. Although not expressly stated therein, it is presumed that those pleadings are on behalf of Ahmad both individually and d/b/a Nubani & Hassan.

5. No responsive pleadings were filed on behalf of the HMA Law Firm to the Complaint.

6. After briefing and argument on the Motion to Dismiss, this Court granted the Motion with leave to amend as to Count I of the Complaint.

7. On March 17, 2015, Plaintiff filed an Amended Complaint.

8. Ahmad, through counsel, filed a Motion to Dismiss the Amended Complaint.

9. No responsive pleadings were filed on behalf of the HMA Law Firm to the Amended Complaint.

10. To this date, no responsive pleadings of any kind have been filed on behalf of the HMA Law Firm, and therefore it is in default.

11. Plaintiff's Complaint claims a sum certain, to-wit: $500,000, for the injuries she sustained as a result of the actions of the Defendants.

12. Judgment by default against the HMA Law Firm is a warranted in accordance with Federal Rule of Civil Procedure 55(b), incorporated into adversary proceedings by Bankruptcy Rule 7055.

WHEREFORE, the Plaintiff, Shamsiya F. Shervani, prays that the Clerk of this Court enter judgment by default against Defendant, The Hassan M. Ahmad Law Firm, PLLC  d/b/a The HMA Law Firm in the amount of $500,000; and for her costs expended herein, and for such other and further relief as to this Court seems just and proper.

**Shamsiya F. Shervani, Plaintiff**
*By Counsel*

**O'CONNOR & VAUGHN, LLC**
11490 Commerce Park Drive, Suite 510
Reston, Virginia  20191
(703) 689-2100 Telephone
(703) 471-6496 Facsimile

By*:         /s/ Robert L. Vaughn, Jr.*
         Robert L. Vaughn, Jr., VSB 20633
         *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on May 5, 2015, I caused a true copy of this Motion for Default to be served on all parties of record via the Court's ECF filing system.

                                         /s/ Robert L. Vaughn, Jr.
                                         Robert L. Vaughn, Jr.

3