UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:  )
  )
HASSAN M. AHMAD  ) Case No. 14-14380-RGM
  ) Chapter 13
  )
_____  )
  )
SHAMSIYA SHERVANI  )
  )
Plaintiff  )
  )
vs.  ) Adversary Proceeding No. 15-01001
  )
HASSAN M. AHMAD, *et al.*  )
  )
Defendants  )
_____  )

**AFFIDVAIT IN SUPOPRT OF MOTION FOR DEFAULT JUDGMENT
AS TO THE HASSAN M. AHMAD LAW FIRM, PLLC d/b/a/ THE HMA LAW FIRM**

COMES NOW the undersigned, counsel for the Plaintiff, Shamsiya Shervani, and in accordance with Federal Rule of Civil Procedure 55(b)(1) states that the Complaint filed herein by the Plaintiff seeks a sum certain, to-wit: $500,000, and that since the filing of this action, none of the Defendants have made any payments towards and/or which should be credited to said amount, and that Plaintiff claims the whole amount thereof to be due and owing.

_____
Robert L. Vaughn, Jr.

SWORN TO before me and subscribed in my presence this 5th day of May, 2015.

_____
Notary Public, Reg. No. 273215

My Commission expires: 5/31/2015

1