Bernard J. DiMuro (VSB No. 18784)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Telephone: (703) 684-4333
Email: bdimuro@dimuro.com

*Attorney for Defendants*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| In re: Hassan M. Ahmad,<br><br>Debtor. | Chapter 13<br><br>Case No. 14-14380-RGM<br><br>Judge Robert G. Mayer |
| Shamsiya Shervani,<br><br>Plaintiff,<br><br>v.<br><br>Hassan M. Ahmad, et al.,<br><br>Defendants. | Adversary Proceeding No. 15-01001 |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on **June 16th, 2015, at 9:30 a.m.,** or as soon thereafter as the parties may be heard, at the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, Defendants Hassan M. Ahmad, Hassan M. Ahmad d/b/a/ Nubani & Ahmad, and The Hassan M. Ahmad Law Firm, PLLC d/b/a The HMA Law Firm (collectively, the "Defendants"), by and through counsel, will present for argument their Motion to Dismiss Second Amended Complaint filed on May 14th, 2015.

May 14, 2015                                    Respectfully submitted,


                                                 /s/ Bernard DiMuro
                                                Bernard J. DiMuro (VSB No. 18784)
                                                DiMuroGinsberg, P.C.
                                                1101 King Street, Suite 610
                                                Alexandria, VA 22314
                                                Telephone: (703) 684-4333
                                                Email: bdimuro@dimuro.com

                                                *Attorney for Defendants*


## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of May, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system, which will send notification of such filing (NEF) to all counsel of record.


Robert L. Vaughn, Jr., Esq.
VSB No. 20633
*Counsel for Plaintiff*
O'Conner & Vaughn, LLC
11490 Commerce Park Drive, Suite 510
Reston, VA 20191
Telephone: 703-689-2100
Facsimile: 703-471-6496


                                                        /s/  Bernard DiMuro
                                                Bernard J. DiMuro, Esq.
                                                VSB No. 18784
                                                *Attorney for Defendants*
                                                DiMuroGinsberg, P.C.
                                                1101 King Street, Suite 610
                                                Alexandria, VA 22314
                                                Telephone: 703-684-4333
                                                Facsimile: 703-548-3181
                                                Email: bdimuro@dimuro.com