# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| In re: | |
| HASSAN M. AHMAD, | Case No. 14-14380-RGM |
| Debtor. | (Chapter 13) |
| SHAMSIYA SHERVANI, | |
| Plaintiff, | |
| vs. | Adv. Proc. No. 15-1001 |
| HASSAN M. AHMAD, et al., | |
| Defendant. | |

## ORDER

THIS CASE was before the court on July 28, 2015, on the Motion to Dismiss Adversary Proceeding, the Motion for Default Judgment, and a Pre-trial Conference. There were no appearances by any of the parties. It is, therefore

ORDERED that the parties shall appear on August 11, 2015 at 9:30 a.m., to show cause why the motions and this case should not be dismissed for failure to prosecute.

Alexandria, Virginia
July 29, 2015

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:

Robert L. Vaughn
Bernard J. DiMuro
20151