UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| HASSAN M. AHMAD ) | Case No. 14-14380-RGM |
| ) | Chapter 13 |
| ) | |
| SHAMSIYA SHERVANI ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Adversary Proceeding No. 15-01001 |
| ) | |
| HASSAN M. AHMAD, *et al.* ) | |
| ) | |
| Defendants ) | |

## ORDER OF DISMISSAL

IT APPEARING TO THE COURT, as evidenced by the endorsement of counsel for the parties herein, that all matters have been agreed, compromised, and settled; it is, therefore,

ADJUDGED and ORDERED that this Adversary Proceeding be, and hereby is, dismissed with prejudice.

ENTERED this ___ day of _____, 2015.

_____
JUDGE

SEEN AND AGREED:

_____
Robert L. Vaughn, Jr., Esq./VSB #20633
O'Connor & Vaughn, LLC
11490 Commerce Park Drive, Suite 510
Reston, VA 20191
Telephone: (703) 689-2100
Facsimile: (703) 471-6496
E-mail: rvaughn@oconnorandvaughn.com
*Counsel for Plaintiff*

1

**SEEN AND AGREED:**

_____
Bernard J. DiMuro, Esq./VSB #18784
**DiMuroGinsberg**, PC
1101 King Street, Suite 610
Alexandria, Virginia 23314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
E-mail: bdimuro@dimuro.com
*Counsel for Defendants*