# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| In re: | |
| HASSAN M. AHMAD, | Case No.   14-14380-RGM |
| | (Chapter 13) |
| Debtor. | |
| SHAMSIYA SHERVANI, | |
| Plaintiff, | |
| vs. | Adv. Proc. No. 15-1001 |
| HASSAN M. AHMAD, | |
| Defendant. | |

## ORDER

THIS CASE was before the court on August 11, 2015, on the Order to Show Cause. It appearing that the parties have settled the matter; it is

ORDERED that the Order to Show Cause is dismissed.

Alexandria, Virginia
August 11, 2015

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:

Robert L. Vaughn
Bernard J. DiMuro
Miles J. Wright

20173