UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| Hassan M. Ahmad, | ) Case No. 14-14380-RGM |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) |
| SHAMSIYA SHERVANI, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Adversary Proceeding No. 15-01001 |
| | ) |
| HASSAN M. AHMAD, *et. al.,* | ) |
| Defendants. | ) |
| | ) |

## ORDER OF DISMISSAL

IT APPEARING TO THE COURT, as evidenced by the endorsement of counsel for the parties herein, that all matters have been agreed, compromised, and settled; it is, therefore,

ADJUDGED and ORDERED that this Adversary Proceeding be, and hereby is, dismissed with prejudice.

ENTERED on this _____ day of _____, 2015.

Dated: Aug 11 2015

/s/ Robert G. Mayer
**JUDGE**

Entered on Docket: August 12, 2015

**SEEN AND AGREED:**

/s/ Robert L. Vaughn, Jr.____
Robert L. Vaughn, Jr., Esq.
VSB No. 20633
O'Conner & Vaughn, LLC
11490 Commerce Park Drive, Suite 510
Reston, VA 20191
Telephone: 703-689-2100
Facsimile: 703-471-6496
*Counsel for Plaintiff*

**SEEN AND AGREED:**

/s/ Bernard J. DiMuro
Bernard J. DiMuro, Esq.
VSB Bar No. 18784
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, Virginia 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
bdimuro@dimuro.com
*Counsel for Defendants*